HERMAN M. WIN v. JONAS MILLINERY, INC.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal and appellant's points to be filed so appeal can be argued on or before October 14, 1930. Present — Finch, McAvoy, Martin, O'Malley and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM T. P. HOLLINGSWORTH v. THE WARDEN OF THE CITY PRISON OF THE CITY OF NEW YORK. THE PEOPLE OF THE STATE OF NEW YORK. THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT L. KESTER, JR., v. THE WARDEN OF THE CITY PRISON OF THE CITY OF NEW YORK. THE PEOPLE OF THE STATE OF NEW YORK.— Motion to dismiss appeal denied with leave to renew after the determination of the appeal in Bob v. Hollingsworth now pending in the Appellate Division, Second Department. Present — Finch, McAvoy, Martin, O'Malley and Sherman, JJ.

ROBERT JOHNSTON, Doing Business, etc., v. ACME LITHOGRAPHING Co., INC.— Application granted. Present — Finch, McAvoy, Martin, O'Malley and Sherman, JJ.

JAMES MCCUTCHEON AND COMPANY v. RALPH H. KIMBALL.— Application denied, with ten dollars costs. Present — Finch, McAvoy, Martin, O'Malley and Sherman, JJ.

In the Matter of the Application of THE CITY OF NEW YORK, Relative to Acquiring Title to the Elevated Railroad Structure, etc., and Appurtenances of the Manhattan Railway Company (East 42nd Street Spur).— Motion denied. Present — Finch, McAvoy, Martin, O'Malley and Sherman, JJ.

GLACIER, INC., and Others, v. EMERSON E. ROSSMOORE.— Motion for stay granted on condition that plaintiff stipulate as stated in order; in which event, motion for extension granted as stated in order; and upon plaintiff's failure so to stipulate, motion for stay pending appeal granted. Present — Finch, McAvoy, Martin, O'Malley and Sherman, JJ.

HARRY L. SINGER v. ACQUITANIA REALTY CORPORATION, Impleaded with SAMUEL BECK and Others.— Motion denied. Present — Finch, McAvoy, Martin, O'Malley and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ANTHONY BOCCIA.— Motion granted, and the time of appellant in which to serve and file the record on appeal and appellant's points extended to and including September 29, 1930, with notice of argument for October 15, 1930. Present — Finch, McAvoy, Martin, O'Malley and Sherman, JJ.

In the Matter of Acquiring Title to the Premises Situated in Block Bounded by East One Hundred and Seventy-eighth Street, Crotona Avenue, East One Hundred and Seventy-ninth Street and Clinton Avenue, Borough of Bronx, City of New York, Duly Selected as a Site for School Purposes.— Reference ordered before Hon. Vernon M. Davis, official referee. Settle order on notice. Present — Finch, McAvoy, Martin, O'Malley and Sherman, JJ.